JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA AUSTIN-SMITH, an individual; and STACY BRAGG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CALATLANTIC GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00125-PA-KES<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: December 13, 2018<br>Removal Date: January 22, 2019 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 35961406.1

[PROPOSED] GRANTING STIPULATION
FOR DISMISSAL
8:19-CV-00125-PA-KES

## ORDER

Having reviewed the Stipulation for Dismissal between Plaintiffs Patricia Austin-Smith and Stacy Bragg (collectively, "Plaintiffs") and Defendant CalAtlantic Group, Inc. ("Defendant"), and good cause appearing, IT IS HEREBY ORDERED THAT:

Pursuant to Rule 41(a), the above-referenced action is dismissed in its entirety as follows: (1) Plaintiffs' individual claims in the above-referenced action, including Plaintiffs' First through Fifth and Seventh Causes of Action, are DISMISSED WITH PREJUDICE, (2) Plaintiffs' Sixth Cause of Action pursuant to the California Private Attorneys General Act ("PAGA") is DISMISSED WITHOUT PREJUDICE.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: December 27, 2021    _____
PERCY ANDERSON
United States District Court

Morgan, Lewis & Bockius LLP
Attorneys at Law
Costa Mesa

DB2/ 35961406.1

1

[PROPOSED] GRANTING STIPULATION FOR DISMISSAL
8:19-CV-00125-PA-KES